UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 5 1991

Jesse E. Clark, Clerk
By Deputy: *C. Flores*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIX LOPEZ BARRERA | ) | CIVIL ACTION NUMBER |
| | ) | B-90-106 |
| VS. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | CRIMINAL NUMBER |
| | ) | B-87-427 |
| | ) | |

## O R D E R

Came on to be considered Petitioner Felix Lopez Barrera's "Motion to Disregard Motion for Appeal to the Fifth Circuit" and the Court after considering said Motion is of the opinion it should be granted.  It is, therefore,

ORDERED, ADJUDGED and DECREED that Petitioner Felix Lopez Barrera's "Motion to Disregard Motion for Appeal to the Fifth Circuit" is GRANTED.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this ___4th___ day of December, 1991, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE