UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 5 1991

Jesse E. Clark, Clerk
By Deputy: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIX LOPEZ BARRERA )
) CIVIL ACTION NUMBER
VS. ) B-90-106
)
THE UNITED STATES OF AMERICA ) CRIMINAL NUMBER
) B-87-427

## O R D E R

Came on to be considered Petitioner Felix Lopez Barrera's "Motion to Disregard Motion for Appeal to the Fifth Circuit" and the Court after considering said Motion is of the opinion it should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Petitioner Felix Lopez Barrera's "Motion to Disregard Motion for Appeal to the Fifth Circuit" is GRANTED.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 4th day of December, 1991, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE